**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

Case No.   23-cv-1112-KAM-VMS

- against -

PIZZA PACK LLC,

                Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Pizza Pack LLC.

Dated:  Scarsdale, New York
       June 27, 2023

                SHAKED LAW GOUP, P.C.
                Attorneys for Plaintiff

              By:  /s/Dan Shaked
                 Dan Shaked, Esq.
                 14 Harwood Court, Suite 415
                 Scarsdale, NY 10583
                 Tel. (917) 373-9128
                 e-mail: ShakedLawGroup@Gmail.com

6.27.2023